IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

PHOEBE DACHA, MARY ONGENGE-OKWIRI

*Petitioner,*

v.

KARL S. LEONARD, FIRST LIEUTENANT TILLEY, CHESTERFIELD COUNTY SHERIIFF'S OFFICE

*Respondent.*

**Civil Action No.**

## MOTION FOR LEAVE TO CONDUCT DISCOVERY

Pursuant to **Rule 6 of the Rules Governing Section 2254 Cases**, Petitioners respectfully moves this Honorable Court for leave to conduct limited discovery in support of their petition for writ of habeas corpus. In support of this motion, Petitioner states:

1. Petitioners were found in contempt and detained on **June 24, 2025**, during proceedings in **Courtroom 5 of the Chesterfield Juvenile and Domestic Relations District Court**.

2. Petitioners asserts that the contempt finding and subsequent seizure violated their constitutional rights, including the **Due Process Clause of the Fourteenth Amendment** and the **Fourth Amendment protection against unlawful seizure**.

3. On information and belief, multiple **courtroom surveillance cameras**, **hallway security footage**, and **body-worn cameras** from Chesterfield County deputies captured the incident.

4. In addition, the **Commonwealth's Attorney's Office** made a **private audio or video recording** of the June 24, 2025 hearing.

5. These materials are **relevant and material** to Petitioners claims and may establish that the contempt order was unlawful, the force used was excessive, and their detention violated constitutional rights.

6. Good cause exists to permit discovery because the requested evidence is:
    - Not currently in the court record,
    - In the custody of government agencies or parties,
    - Relevant to the federal constitutional issues raised in the habeas petition.

**WHEREFORE**, Petitioners respectfully requests that the Court:

- Grant leave to conduct limited discovery to obtain:
    1. All surveillance and bodycam footage from **Courtroom 5 on June 24, 2025**;
    2. Any private recordings held by the **Commonwealth's Attorney's Office** pertaining to that hearing.
- And for such other relief as the Court deems just and proper.

Respectfully submitted,

Mary Ongenge-Okwiri
9619 Quioccasin Rd
Henrico, VA 23238
(804) 922-7712
Pro Se

Phoebe Dacha
10703 Gayton Rd
Henrico VA 23238
8043968566

Pro Se

2